MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

J. MARK KANG (NYBN 4033999)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7050
Facsimile: (415) 436-7234
Email: Mark.Kang@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JULIO SOLIS GARCIA,<br>a/k/a Julio Cesar Solis-Garcia,<br>Defendant. | ) | No. CR 12-0601 RS<br><br>NOTICE OF DISMISSAL<br><br>SAN FRANCISCO VENUE |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED: 9/27/12

Respectfully submitted,

MELINDA HAAG
United States Attorney

[signature]

MIRANDA KANE
Chief, Criminal Division

## ~~[PROPOSED]~~ ORDER

Leave is granted to the government to dismiss the indictment without prejudice. **IT IS SO ORDERED.**

Date: 10/1/12

THE HONORABLE RICHARD SEEBORG
United States District Court Judge